# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **In re:** | **Chapter 7 Bankruptcy** |
| **BRUCE FARLOW,** | **Case No: 8:18-bk-06677-MGW** |
|       **Debtor.** _____/ | |
| **JOHN D. GENTIS, SHALIMAR MHP, LLC,** a Florida limited liability company, and **GFB PARTNERS, LLLP,** a Florida limited liability limited partnership, | |
|       **Plaintiffs,** | |
| **v.** | **Adversary Proceeding No.: 8:18-AP-00575-MGW** |
| **BRUCE L. FARLOW,** | |
|       **Defendant.** _____/ | |

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs John D. Gentis, Shalimar MHP, LLC, and GFB Partners, LLLP through their undersigned attorney, file their Exhibit List as follows:

| Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Amended Complaint and exhibits attached thereto, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 2. | Operating Agreement of Shalimar MHP, LLC and amendments and/or exhibits thereto. | | | |

00995078-1

| Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 3. | Partnership Agreement for GFB Partners, LLLP, December 29, 2008 and amendments and/or exhibits thereto. | | | |
| 4. | Deposition transcript of Bruce L. Farlow taken on March 2, 2018 and exhibits attached thereto, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 5. | Promissory Note between John Gentis and Bruce Farlow, in the amount of $7,500.00, dated 3/31/11 Exhibit 1 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 6. | Promissory Note between John Gentis and Bruce Farlow, in the amount of $15,000 dated 3/31/11. Exhibit 2 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 7. | Promissory Note between John Gentis and Bruce Farlow in the amount of $15,000 dated 5/6/11, Exhibit 3 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |

| Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 8. | Promissory Note between John Gentis and Bruce Farlow in the amount of $6,201.25 dated 6/3/11, Exhibit 4 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 9. | Schedule for Promissory Notes, Exhibit 5 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 10. | Cancelled Checks, Exhibit 6 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 11. | Family Law Financial Affidavit, May 6, 2011, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 12. | Husband's Second Family Law Financial Affidavit, Family Law Financial Affidavit, October 31, 2012, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 13. | Family Law Financial Affidavit, January 6, 2015, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |

| **Exhibit** | **Description** | **Date Identified** | **Date Admitted** | **With or Without Objection** |
|---|---|---|---|---|
| 14. | Family Law Financial Affidavit, May 9, 2016, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 15. | Amended Family Law Financial Affidavit as of May 22, 2017, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 16. | Amended Family Law Financial Affidavit as of February 7, 2019, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 17. | Total Compensation Spreadsheet and 2013 Payroll and Expenses Report for Bruce Farlow, Exhibit 12 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 18. | Records obtained from Discover, Exhibit 13 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 19. | Plaintiffs' Amended First Request for Documents (As to Exhibit A Only), December 1, 2017, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |

| Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 20. | Defendant, Bruce Farlow's Response to Plaintiff's First Request for Production, February 21, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 21. | Deposition transcript of Bruce Farlow and exhibits thereto, taken in this matter on March 22, 2019. | | | |
| 22. | Voluntary Petition, Bruce L. Farlow, US Bankruptcy Court, Middle District of Florida, Case No: 8:18-bk-0667 Exhibit 1 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 23. | Report and Recommendation of General Magistrate on Former Wife's Motion for Contempt and Enforcement and on the Reserved Upon Issue of Establishment of Child Support, October 2, 2015, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 24. | Order On Exceptions to Report and Recommendation of General Magistrate, December 4, 2015, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302. | | | |
| 25. | Final Judgment Granting Former Husband's Supplemental Petition to Modify Alimony and Order Denying Former Wife's Motion for Contempt, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302 | | | |

00995078-1

| Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 26. | Findings and Recommendations of Hearing Officer and Order on Department of Revenue's Motion to Establish Child Support Arrears and Arrears Payment, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302 | | | |
| 27. | 2014 Schedule K-1, Bruce Farlow, Shalimar MHP, LLC., Exhibit 11 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 28. | 2015 Schedule K-1, Bruce Farlow, GFB Partners, LLP, Exhibit 12 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 29. | 8/19/2014 E-mail from Bruce Farlow to John Gentis, Subject: From Bruce Farlow - CS&L, Exhibit 13 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 30. | 9/2/2014 E-mail thread from Bruce Farlow to John Gentis, Subject: Monies from NR to Bruce, Exhibit 14 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 31. | 10/29/2014 E-mail thread, from John Gentis to Bruce Farlow, Subject: Re: From Bruce Farlow – Gas, Exhibit 15 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |

00995078-1

| **Exhibit** | **Description** | **Date Identified** | **Date Admitted** | **With or Without Objection** |
|---|---|---|---|---|
| 32. | 10/29/2014 E-mail thread, from John Gentis to Bruce Farlow, Subject: Re: From Bruce Farlow – Gas, Exhibit 16 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 33. | 0/31/2014 and 11/7/2014 E-mails From Susan Thompson, Subject: Tax Documentation Follow Up, Exhibit 17 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 34. | Gmail E-mail - Rachel Saffold Fwd: FW: Tax Documentation Follow Up, Exhibit 18 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 35. | Re: Total Compensation Spreadsheet and 2013 Payroll and Expenses Report for Bruce Farlow, Exhibit 19 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 36. | Letter to Bruce Farlow, December 15, 2014, regarding monies owned and promissory note, Exhibit 20 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| 37. | Records obtained from Costco, pursuant to subpoena dated March 26, 2018. John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |

| Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 38. | Records obtained from AT&T pursuant to Subpoena, April 5, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 39. | Records obtained from Bank of America, pursuant to subpoena, March 26, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| 40. | Records obtained from Bank of America, pursuant to subpoena, May 7, 2019, John Gentis, et al. v. Bruce Farlow, Adversary Proceeding 8:18-AP-00575-MGW, US Bankruptcy Court, Middle District of Florida. | | | |
| 41. | All documents identified by Defendant, Bruce Farlow. | | | |
| 42. | All documents necessary for rebuttal. | | | |

Plaintiffs reserve the right to amend or supplement this exhibit list with additional exhibits as may be discovered, disclosed, or as may become available or apparent during discovery or other proceedings in this action.

### *CERTIFICATE OF SERVICE*

I hereby certify that on the 21st day of June, 2019 the foregoing was filed with the court and served upon counsel of record via the CM/ECF system:

00995078-1

**ICARD, MERRILL, CULLIS,**
  **TIMM, FUREN & GINSBURG, P.A.**


By:   *W. Andrew Clayton, Jr.*
      W. ANDREW CLAYTON, JR.
      Florida Bar No. 0739464
      WORTH S. GRAHAM
      Florida Bar No. 0092417
      2033 Main Street, Suite 600
      Sarasota, FL 34237
      Telephone: (941) 366-8100
      Facsimile: (941) 366-6384
      Email: dclayton@icardmerrill.com
      Email: wgraham@icardmerrill.com

00995078-1