UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **In re:** | **Chapter 7 Bankruptcy** |
| **BRUCE FARLOW,** | **Case No: 8:18-bk-06677-MGW** |
| Debtor. _____/ | |
| JOHN D. GENTIS, SHALIMAR MHP, LLC, a Florida limited liability company, and GFB PARTNERS, LLLP, a Florida limited liability limited partnership, | |
| Plaintiffs, | |
| v. | **Adversary Proceeding No.:** |
| **BRUCE L. FARLOW,** | **8:18-AP-00575-MGW** |
| Defendant. _____/ | |

## PLAINTIFFS' TRIAL EXHIBITS

Plaintiffs John D. Gentis, Shalimar MHP, LLC, and GFB Partners, LLLP through their undersigned attorney, file their Trial Exhibits as follows:

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| BRUCE FARLOW | 1. | Voluntary Petition, Bruce L. Farlow, US Bankruptcy Court, Middle District of Florida, Case No: 8:18-bk-0667 Exhibit 1 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |

01012151-1

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| BRUCE FARLOW | 2. | Amendment to Schedule E/F – Amended Summary of Assets and Liabilities and Notice of Serving Notice of Bankruptcy Case, Meeting of Creditors and Deadlines, Bruce L. Farlow, US Bankruptcy Court, Middle District of Florida, Case No: 8:18-bk-0667 | | | |
| BRUCE FARLOW | 3 | Amended Complaint and exhibits attached thereto, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |
| BRUCE FARLOW | 4 | Amended Family Law Financial Affidavit as of May 22, 2017, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302, Exhibit 3 to Deposition of Bruce Farlow, 3-22-19. | | | |

01012151-1

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| BRUCE FARLOW | 5 | Amended Family Law Financial Affidavit as of February 7, 2019, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302, Exhibit 4 to Deposition of Bruce Farlow, 3-22-19. | | | |
| BRUCE FARLOW | 6 | Report and Recommendation of General Magistrate on Former Wife's Motion for Contempt and Enforcement and on the Reserved Upon Issue of Establishment of Child Support, October 2, 2015, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302, Exhibit 5 to Deposition of Bruce Farlow, 3-22-19. | | | |

01012151-1

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| BRUCE FARLOW | 7 | Order On Exceptions to Report and Recommendation of General Magistrate, December 4, 2015, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302, Exhibit 6 to Deposition of Bruce Farlow, 3-22-19. | | | |
| BRUCE FARLOW | 8 | Final Judgment Granting Former Husband's Supplemental Petition to Modify Alimony and Order Denying Former Wife's Motion for Contempt, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302, Exhibit 7 to Deposition of Bruce Farlow, 3-22-19. | | | |

01012151-1

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| BRUCE FARLOW | 9 | Findings and Recommendations of Hearing Officer and Order on Department of Revenue's Motion to Establish Child Support Arrears and Arrears Payment, Valerie A. Farlow v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida Case No: 2011-DR-002302, Exhibit 8 to Deposition of Bruce Farlow, 3-22-19. | | | |
| BRUCE FARLOW | 10 | 9/2/2014 E-mail thread from Bruce Farlow to John Gentis, Subject: Monies from NR to Bruce, Exhibit 14 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| BRUCE FARLOW | 11 | 10/29/2014 E-mail thread, from John Gentis to Bruce Farlow, Subject: Re: From Bruce Farlow – Gas, Exhibit 15 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| BRUCE FARLOW | 12 | Re: Total Compensation Spreadsheet and 2013 Payroll and Expenses Report for Bruce Farlow, Exhibit 19 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |

01012151-1

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| BRUCE FARLOW | 13 | Letter to Bruce Farlow, December 15, 2014, regarding monies owned and promissory note, Exhibit 20 to Deposition of Bruce L. Farlow, taken of March 22, 2019. | | | |
| BRUCE FARLOW JOHN GENTIS RACHEL SAFFOLD | 14 | Costco Document Certification | | | |
| JOHN GENTIS RACHEL SAFFOLD | 15 | Costco document detailing Farlow Purchases, Exhibit 21 to Deposition of Bruce Farlow, 3-22-19. | | | |
| JOHN GENTIS RACHEL SAFFOLD | 16 | Costco document detailing purchases by credit/debit card, Exhibit 22 to Deposition of Bruce Farlow, 3-22-19. | | | |
| JOHN GENTIS RACHEL SAFFOLD | 17 | Farlow Mileage Log, Exhibit 25 to Deposition of Bruce Farlow, 3-22-19. | | | |
| JOHN GENTIS RACHEL SAFFOLD | 18 | Gentis/Saffold spreadsheet reflecting Wells Fargo questioned expenses. | | | |
| JOHN GENTIS RACHEL SAFFOLD | 19 | Gentis/Saffold pie chart reflecting Wells Fargo questioned expenses. | | | |

01012151-1

| WITNESS | Exhibit | Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| JOHN GENTIS | 20 | Gentis/Saffold spreadsheet reflecting Discover questioned expenses. | | | |
| RACHEL SAFFOLD | 21 | Gentis/Saffold pie chart reflecting Discovery questioned expenses. | | . | |
| JOHN GENTIS | 22 | Wells Fargo Bank Statements, GFB Partners, LLP January 2013 to October 2014. | | | |
| RACHEL SAFFOLD | 23 | Records obtained from Discover, Exhibit 13 to Deposition of Bruce L. Farlow taken on March 2, 2018, John D. Gentis, Shalimar MHP, et al.v. Bruce L. Farlow, 12th Judicial Circuit, Sarasota County, Florida, Case No. 2017-CA-03660-NC. | | | |

Respectfully Submitted,

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**

By: *W. Andrew Clayton, Jr.*
W. ANDREW CLAYTON, JR.
Florida Bar No. 0739464
WORTH S. GRAHAM
Florida Bar No. 0092417
2033 Main Street, Suite 600
Sarasota, FL 34237

01012151-1

Telephone: (941) 366-8100
Facsimile: (941) 366-6384
Email: dclayton@icardmerrill.com
Email: wgraham@icardmerrill.com

01012151-1