# ICARD MERRILL
## ATTORNEYS & COUNSELORS

W. Andrew Clayton, Jr.
Attorney at Law
Mediator

2033 Main Street
Suite 600
Sarasota, FL 34237
941.366.8100
Fax: 941.366.6384
dclayton@icardmerrill.com

icardmerrill.com

July 30, 2019

Honorable Michael G. Williamson, Chief Judge
United States Bankruptcy Court
Middle District of Florida
801 N. Florida Avenue
Courtroom 8A
Sam M. Gibbons United States Courthouse
Tampa, Florida 33602

      *In re Bruce Farlow*, Case No. 8:18-bk-06677-MGW

Dear Judge Williamson:

      Enclosed please find a proposed Final Judgment in an Adversary Proceeding. I have shared a draft of this judgment with Timothy Gensmer, who is counsel for the debtor, Bruce Farlow. Mr. Gensmer advises me that the form of judgment is acceptable, with the exception of the proposed prejudgment interest, to which his client objects. In that regard, our research indicates that prejudgment interest may be awarded in the discretion of the bankruptcy court. *Pellegrino v. Metro Unlimited, Inc. (In re Dakhllalah)*, 2010 Bankr. LEXIS 57 (Bankr. M.D. Fla. 2009), *citing, In re Industrial Supply Corp.*, 127 B.R. 62, 65 (M.D. Fla. 1991).

      You will note that the I have left the proposed amount of prejudgment interest blank since its award is within your discretion. That said, I respectfully request that prejudgment interest be awarded at the rate set forth by F.S. 55.03(a1), as the court did in *Pellegrino, supra*. I have attached the historical judgment interest rates from the Florida Division of Accounting and Auditing for your ease of reference. I would also ask that it be imposed from when the cause of action accrued, as the court did in *Pellegrino*. In the instant case, the evidence shows that the cause of action accrued no later than when Mr. Farlow was terminated by Mr. Gentis on December 15, 2014 and he refused to reimburse the embezzled company funds.

      If that termination date is selected, our calculations show that the following amounts of prejudgment interest would be due to GFB Partners LLLP:

**Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.**
Offices in Sarasota, Manatee, Charlotte, and Lee Counties
Established 1953

01015783-1

Honorable Michael G. Williamson
Chief Judge, United States Bankruptcy Court
July 30, 2019
-2-

<u>Compensatory award</u>:  $103,570.37
                6,375.25  (4.75% interest from 12/15/2014 to 3/31/2016)
                1,234.28  (4.78% interest from 4/1/16 to 6/30/16)
                1,263.50  (4.84% interest from 7/1/16 to 9/30/16)
                1,281.78  (4.91% interest from 10/1/16 to 12/31/17)
                1,269.23  (4.97% interest from 1/1/17 to 3/31/17)
                1,303.99  (5.05% interest from 4/1/17 to 6/31/17)
                1,349.64  (5.17% interest from 7/1/17 to 9/31/17)
                1,396.64  (5.35% interest from 10/1/17 to 12/31/17)
                1,412.25  (5.53% interest from 1/1/18 to 3/30/18)
                1,476.99  (5.72% interest from 4/1/18 to 6/30/18)
                1,558.46  (5.97% interest from 7/1/18 to 9/31/18)
                1,589.82  (6.09% interest from 10/1/18 to 12/31/18)
                1,616.55  (6.33% interest from 1/1/19 to 3/30/19)
                1,696.48  (6.57% interest from 4/1/19 to 6/30/19)
                  441.83  (6.77% interest from 7/1/19 to 7/23/19)

      ***Total  $126,291.78***

The following amounts would be due to Shalimar MHP, LLC:

<u>Compensatory award</u>:  $ 8,544.49
                525.95  (4.75% interest from 12/15/2014 to 3/31/2016)
                101.83  (4.78% interest from 4/1/16 to 6/30/16)
                104.24  (4.84% interest from 7/1/16 to 9/30/16)
                105.75  (4.91% interest from 10/1/16 to 12/31/17)
                107.04  (4.97% interest from 1/1/17 to 3/31/17)
                107.58  (5.05% interest from 4/1/17 to 6/31/17)
                111.35  (5.17% interest from 7/1/17 to 9/31/17)
                115.22  (5.35% interest from 10/1/17 to 12/31/17)
                116.51  (5.53% interest from 1/1/18 to 3/30/18)
                121.85  (5.72% interest from 4/1/18 to 6/30/18)
                128.57  (5.97% interest from 7/1/18 to 9/31/18)
                131.16  (6.09% interest from 10/1/18 to 12/31/18)
                133.36  (6.33% interest from 1/1/19 to 3/30/19)
                139.96  (6.57% interest from 4/1/19 to 6/30/19)
                  36.45  (6.77% interest from 7/1/19 to 7/23/19)

      ***Total  $10,525.56***

The foregoing calculations reflect prejudgment interest of $22,721.41 for the GFB Partners, LLLP judgment and $1,981.07 for the Shalimar MHP, LLC judgment.

01015783-1

**Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.**
Offices in Sarasota, Manatee and Charlotte Counties
Established 1953

Honorable Michael G. Williamson
Chief Judge, United States Bankruptcy Court
July 30, 2019
-3-

    Lastly, I have attached a Declaration of Costs and evidence of such in support of the costs awarded in the proposed judgment. If the proposed judgment and prejudgment interest meets with your approval, kindly enter same. Thank you for your attention to this matter.

                                Respectfully,

                                W. Andrew Clayton, Jr.

Encls
cc: Timothy W. Gensmer, Esq.

01015783-1

**Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.**
Offices in Sarasota, Manatee and Charlotte Counties
Established 1953

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy |
| BRUCE FARLOW, | Case No: 8:18-bk-06677-MGW |
| Debtor. _____/ | |
| JOHN D. GENTIS, SHALIMAR MHP, LLC, a Florida limited liability company, and GFB PARTNERS, LLLP, a Florida limited liability limited partnership, | |
| Plaintiffs, | |
| v. | Adversary Proceeding No.: 8:18-AP-00575-MGW |
| BRUCE L. FARLOW, | |
| Defendant. _____/ | |

## FINAL JUDGMENT IN AN ADVERSARY PROCEEDING

The Court, having conducted a trial on the merits of this cause on July 23, 2019, and having stated its findings of fact and conclusions of law on the record in open court, enters Final Judgment in favor of Plaintiffs Shalimar MHP, LLC and GFB Partners, LLLP, finding that the claims they have each asserted against Debtor/Defendant Bruce Farlow are non-dischargeable in bankruptcy pursuant to Bankruptcy Code §523(a)(2)(A).[1]

Therefore, Shalimar MHP, LLC shall recover from Debtor/Defendant Bruce L. Farlow the sum of $8,544.49 plus prejudgment interest in the amount of _____, plus post-judgment interest in accordance with 28 U.S. Code §1961, together with costs totaling $1,254.25,

---

[1] The individual claim asserted by John D. Gentis was withdrawn at the outset of trial since the claims at issue are owned by the entity plaintiffs.

01012969-1

for which let execution issue forthwith.

Furthermore, GFB Partners, LLLP, shall recover from Debtor/Defendant Bruce L. Farlow the sum of $103,570.37 plus pre-judgment interest in the amount of _____, plus post-judgment interest in accordance with 28 U.S. Code §1961, together with the costs referenced above, for which let execution issue forthwith.

This court reserves jurisdiction to enter all further orders as may be necessary to enforce this judgment.

                                                Michael G. Williamson
                                                Chief United States Bankruptcy Judge

Judgment Debtor: Bruce Lane Farlow
                      SSN: xxx-xx-2597
                      8876 Estapona Court, Sarasota FL  34238

01012969-1

⌂ MYFLORIDACFO.COM > DIVISION > AA > LOCALGOVERNMENTS > HISTORICAL

# Historical Judgment Interest Rates

### Current Judgment Interest Rates

| Year | Rate Per Annum | Daily Rate as a Percentage | Daily Rate as a Decimal |
|---|---|---|---|
| April 1, 2017 | 5.05% | .01383562% | .0001383562 |
| January 1, 2017 | 4.97% | .01361644% | .0001361644 |
| October 1, 2016 | 4.91% | .01341530% | .0001341530 |
| July 1, 2016 | 4.84% | .01322404% | .0001322404 |
| April 1, 2016 | 4.78% | .01306011% | .0001306011 |
| January 1, 2016 | 4.75% | .0129781% | .000129781 |
| October 1, 2015 | 4.75% | .0130137% | .000130137 |
| July 1, 2015 | 4.75% | .0130137% | .000130137 |
| April 1, 2015 | 4.75% | .0130137% | .000130137 |
| January 1, 2015 | 4.75% | .0130137% | .000130137 |
| October 1, 2014 | 4.75% | .0130137% | .000130137 |
| July 1, 2014 | 4.75% | .0130137% | .000130137 |
| April 1, 2014 | 4.75% | .0130137% | .000130137 |
| January 1, 2014 | 4.75% | .0130137% | .000130137 |
| October 1, 2013 | 4.75% | .0130137% | .000130137 |
| July 1, 2013 | 4.75% | .0130137% | .000130137 |
| April 1, 2013 | 4.75% | .0130137% | .000130137 |
| January 1, 2013 | 4.75% | .0130137% | .000130137 |
| October 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| July 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| January 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| April 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| 2012 | 4.75% | .0129781% | .000129781 |
| 10/1/11 | 4.75% | .0130137% | .000130137 |
| 1/1/2011-9/30/11[2] | 6% | .01644% | .0001644 |
| 2010 | 6% | .01644% | .0001644 |
| 2009 | 8% | .02192% | .0002192 |
| 2008 | 11% | .03014% | .0003014 |
| 2007 | 11% | .03014% | .0003014 |
| 2006 | 9% | .02466% | .0002466 |
| 2005 | 7% | .01918% | .0001918 |
| 2004 | 7% | .01918% | .0001918 |
| 2003 | 6% | .01644% | .0001644 |
| 2002 | 9% | .02466% | .0002466 |
| 2001 | 11% | .03014% | .0003014 |
| 2000 | 10% | .02740% | .0002740 |
| 1999 | 10% | .02740% | .0002740 |
| 1998 | 10% | .02740% | .0002740 |
| 1997 | 10% | .02740% | .0002740 |
| 1996 | 10% | .02740% | .0002740 |
| 1995 | 8% | .02192% | .0002192 |
| 10/1/81-12/31/94 | 12% | .03333% | .0003333 |

(¹) Note: The daily rate for quarters beginning in 2012, considers that 2012 is a leap year, and is calculated by dividing the annual rate by 366 days.

(²) Note: The January 1, 2011 interest rate was established prior to the law change under Chapter 2011-169, Laws of Florida. After July 1, 2011, interest rates will be established quarterly by the CFO.

Please call the Vendor Ombudsman Section within the Bureau of Vendor Relations at (850) 413-5516 for additional information.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                                          Chapter 7 Bankruptcy

BRUCE FARLOW,                                                   Case No: 8:18-bk-06677-MGW

           Debtor.
_____/

JOHN D. GENTIS, SHALIMAR MHP, LLC,
a Florida limited liability company, and GFB
PARTNERS, LLLP, a Florida limited liability
limited partnership,

           Plaintiffs,

v.                                                              Adversary Proceeding No.:
                                                                8:18-AP-00575-MGW
BRUCE L. FARLOW,

           Defendant.
_____/

## DECLARATION OF COSTS

The undersigned attorney for Plaintiffs declares in accordance with 28 U.S.C. §1746 that the following recoverable costs were incurred in this case and that true and correct evidence relating to such costs is attached to this declaration:

(1) Check Stub showing payment of Filing Fee for Adversary Complaint = $350.00
(2) Invoice - Here Comes the Judge - Service on Bruce Farlow = $ 40.00
(3) Invoice - Imperial Court Reporting - Court Reporter Appearance Fee = $225.00
(4) Invoice - Imperial Court Reporting - Deposition of Bruce Farlow = $584.25
(5) Invoice - Service of Subpoena to Bank of America + $55.00.

The total of the foregoing costs is $1,254.25.

I declare under penalty of perjury that the foregoing is true and correct on July 30, 2019.

                                                   /s/ W. Andrew Clayton, Jr.
                                                   W. Andrew Clayton, Jr.

01014508-1

ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.

**92565**

| | | | | |
|---|---|---|---|---|
| 3151 | Clerk, US Bankruptcy Court | | 11/9/2018 | $350.00 |
| G/L Acct. 2000-000 | Matter I.D. 70047-112737 | Cost Code 99 | Inv.No.   Inv.Date QuickCheck 11-09-2018 | Amount 350.00 |

8082

Order # 2377676-1

Exhibit 1

HERE COMES THE JUDGE  
Legal Process Services  
3293 Fruitville Rd., Suite 106  
Sarasota, FL 34237-6453  
Phone: (941) 954-0169  
Fax: (941) 954-1349  
Tax I.D. 65-0653965  

**INVOICE**



Let the "Judge" be your connection  
for all your Process Serving needs!!

Invoice #HCJ-2018008583  
11/28/2018

W. Andrew Clayton, Jr., Esq.  
Icard, Merrill et al.  
2033 Main Street  
Suite 600  
Sarasota, FL 34237

Your Contact: Michael Bragg  
**Case Number:** Middle 8:18-AP-00575-MGW

Plaintiff:  
**John D. Gentis, Shalimar MHP, LLC, et al.**

Defendant:  
**Bruce L. Farlow**

Received: 11/20/2018   Served: 11/27/2018 5:45 pm   INDIVIDUAL/PERSONAL  
To be served on: Bruce L. Farlow

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | $40.00 |

**BALANCE DUE:** $40.00

*Sent to Accounting 12-3-18*

IT HAS BEEN A PLEASURE SERVING YOU!!

WE HAVE ESTABLISHED A NEW EMAIL ADDRESS TO SEND WORK TO.  PLEASE EMAIL ALL WORK TO  
SERVEPAPERS@HCTJUDGE.COM.  THANK YOU!

!!ATTENTION VALUED CLIENT!!

IN AN EFFORT TO BETTER SERVE YOUR PROCESS SERVING NEEDS YOU CAN NOW VIEW THE STATUS OF ALL OF YOUR PAPERS BY LOGGING ONTO OUR WEBSITE WWW.HCTJUDGE.COM. PLEASE CONTACT OUR OFFICE TO RECEIVE YOUR CLIENT LOGIN INFORMATION.

Page 1 / 1

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

Exhibit 2





Imperial Court Reporting
435 12th Street West
Bradenton, FL 34205
941-260-9000

# INVOICE

Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.
ATTN: W. Andrew Clayton, Jr., Esq.
2033 Main Street, Suite 600
Sarasota, FL 34237

Invoice Number: 202950
Invoice Date: 03/25/2019

In Re: John D. Gentis, et. al vs. Bruce L. Farlow
Case Number: 8:18-bk-06677-MGW
Witness(es): Bruce L. Farlow
Attendance Date: 03/22/2019, 10:00 a.m.

Category: Deposition

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 3 | Reporter Deposition Appearance - 10:00-1:00 p.m.<br>Estimated Pages: 120 | 75.00 | 225.00 |

Invoice Total: 225.00

Thank you for your business!

**CLICK HERE TO PAY VIA CREDIT CARD ONLINE**

Hold down Ctrl button and click link above or visit
http://www.imperialcourtreporting.com/pay-an-invoice.html

**3% transaction fee applies when paying via PayPal or credit card**

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 270198369

PLEASE NOTE: Past-due invoices are subject to 1.5% interest fees or $20.00 per month, whichever is greater as applicable by law, plus Collections fees.
**Payment is not contingent on client reimbursement.**

OK to Pay

70047-112737

Exhibit 3

4/18/2019   RepAgencyWorks Court Reporting Sof




Imperial Court Reporting
435 12th Street West
Bradenton, FL 34205
941-260-9000

# INVOICE

Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.  
ATTN: W. Andrew Clayton, Jr., Esq.  
2033 Main Street, Suite 600  
Sarasota, FL  34237

Invoice Number:   203089  
Invoice Date:   04/18/2019

In Re:   John D. Gentis, et. al vs. Bruce L. Farlow  
Case Number: 8:18-bk-06677-MGW  
Witness(s): Bruce L. Farlow  
Attendance Date: 03/22/2019, 10:00 a.m.

Category: Deposition

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 117 | Original Deposition E-Transcript | 4.25 | 497.25 |
| 348 | Exhibits/Production Scanned/Zipped/Linked | 0.25 | 87.00 |
| | Invoice Total: | | 584.25 |

Thank you for your business!

**CLICK HERE TO PAY VIA CREDIT CARD ONLINE**  
Hold down Ctrl button and click link above or visit  
http://www.imperialcourtreporting.com/pay-an-invoice.html

3% transaction fee applies when paying via PayPal or credit card

INVOICE DUE WITHIN 30 DAYS.  
Tax ID: 270198369

PLEASE NOTE: Past-due invoices are subject to 1.5% interest fees or $20.00 per month, whichever is greater as applicable by law, plus Collections fees.  
**Payment is not contingent on client reimbursement.**

Ok to pay

70047 - 112737

WAC

Exhibit 4

HERE COMES THE JUDGE
Legal Process Services
3293 Fruitville Rd., Suite 106
Sarasota, FL 34237-6453
Phone: (941) 954-0169
Fax: (941) 954-1349
Tax I.D. 65-0653965

**INVOICE**



Let the "Judge" be your connection
for all your Process Serving needs!!

Invoice #HCJ-2019003975
5/13/2019

W. Andrew Clayton, Jr., Esq.
Icard, Merrill et al.
2033 Main Street
Suite 600
Sarasota, FL 34237

Your Contact: Michael Bragg
Case Number: Middle 8:18-AP-00575-MGW

Plaintiff:
John D. Gentis, Shalimar MHP, LLC, et al.

Defendant:
Bruce L. Farlow

Received: 5/8/2019   Served: 5/10/2019 3:05 pm   CORPORATE
To be served on: Bank Of America By Serving CT Corporation Systems

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Plantation) | 1.00 | 55.00 | 55.00 |
| **TOTAL CHARGED:** | | | **$55.00** |
| | | | |
| **BALANCE DUE:** | | | **$55.00** |

OK to Pay

Gentis v. Farlow
70047-112737



PAID
JUN 0 4 2019
BY: 91183

IT HAS BEEN A PLEASURE SERVING YOU!!

WE HAVE ESTABLISHED A NEW EMAIL ADDRESS TO SEND WORK TO. PLEASE EMAIL ALL WORK TO
SERVEPAPERS@HCTJUDGE.COM.  THANK YOU!

!!ATTENTION VALUED CLIENT!!

IN AN EFFORT TO BETTER SERVE YOUR PROCESS SERVING NEEDS YOU CAN NOW VIEW THE STATUS OF ALL OF YOUR
PAPERS BY LOGGING ONTO OUR WEBSITE WWW.HCTJUDGE.COM. PLEASE CONTACT OUR OFFICE TO RECEIVE YOUR
CLIENT LOGIN INFORMATION.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Exhibit 5