UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **In re:** | **Chapter 7 Bankruptcy** |
| **BRUCE FARLOW,** | **Case No: 8:18-bk-06677-MGW** |
| **Debtor.** _____ / | |
| **JOHN D. GENTIS, SHALIMAR MHP, LLC,** a Florida limited liability company, and **GFB PARTNERS, LLLP**, a Florida limited liability limited partnership, | |
| **Plaintiffs,** | |
| v. | **Adversary Proceeding No.:** **8:18-AP-00575-MGW** |
| **BRUCE L. FARLOW,** | |
| **Defendant.** _____ / | |

## DECLARATION OF COSTS

The undersigned attorney for Plaintiffs declares in accordance with 28 U.S.C. §1746 that the following recoverable costs were incurred in this case and that true and correct evidence relating to such costs is attached to this declaration:

(1) Check Stub showing payment of Filing Fee for Adversary Complaint = $350.00
(2) Invoice - Here Comes the Judge - Service on Bruce Farlow = $ 40.00
(3) Invoice - Imperial Court Reporting - Court Reporter Appearance Fee = $225.00
(4) Invoice - Imperial Court Reporting - Deposition of Bruce Farlow = $584.25
(5) Invoice - Service of Subpoena to Bank of America + $55.00.

The total of the foregoing costs is $1,254.25.

I declare under penalty of perjury that the foregoing is true and correct on July 30, 2019.

                                                */s/ W. Andrew Clayton, Jr.*
                                                W. Andrew Clayton, Jr.

01014508-1

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**

**92565**

| | | | | |
|---|---|---|---|---|
| 5151 | Clerk, US Bankruptcy Court | | 11/9/2018 | $350.00 |
| G/L Acct. | Matter I.D. | Cost Code | Inv.No.   Inv.Date | Amount |
| 2000-000 | 70047-112737 | 99 | QuickCheck 11-09-2018 | 350.00 |

9082

Order # 2377676-1

Exhibit 1

HERE COMES THE JUDGE
Legal Process Services
3293 Fruitville Rd., Suite 106
Sarasota, FL 34237-6453
Phone: (941) 954-0169
Fax: (941) 954-1349
Tax I.D. 65-0653965

**INVOICE**



Let the "Judge" be your connection
for all your Process Serving needs!!

Invoice #HCJ-2018008583
11/28/2018

W. Andrew Clayton, Jr., Esq.
Icard, Merrill et al.
2033 Main Street
Suite 600
Sarasota, FL 34237

Your Contact: Michael Bragg
**Case Number: Middle 8:18-AP-00575-MGW**

Plaintiff:
**John D. Gentis, Shalimar MHP, LLC, et al.**

Defendant:
**Bruce L. Farlow**

Received: 11/20/2018    Served: 11/27/2018 5:45 pm  INDIVIDUAL/PERSONAL
To be served on: Bruce L. Farlow

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | $40.00 |
| | | | |
| **BALANCE DUE:** | | | $40.00 |

*Sent to Accounting 12-3-18*

IT HAS BEEN A PLEASURE SERVING YOU!!

WE HAVE ESTABLISHED A NEW EMAIL ADDRESS TO SEND WORK TO. PLEASE EMAIL ALL WORK TO
SERVEPAPERS@HCTJUDGE.COM.  THANK YOU!

!!ATTENTION VALUED CLIENT!!

IN AN EFFORT TO BETTER SERVE YOUR PROCESS SERVING NEEDS YOU CAN NOW VIEW THE STATUS OF ALL OF YOUR
PAPERS BY LOGGING ONTO OUR WEBSITE WWW.HCTJUDGE.COM. PLEASE CONTACT OUR OFFICE TO RECEIVE YOUR
CLIENT LOGIN INFORMATION.

Page 1 / 1

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

Exhibit 2




Imperial Court Reporting
435 12th Street West
Bradenton, FL 34205
941-260-9000

# INVOICE

Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.
ATTN: W. Andrew Clayton, Jr., Esq.
2033 Main Street, Suite 600
Sarasota, FL 34237

Invoice Number: 202950
Invoice Date: 03/25/2019

In Re: John D. Gentis, et. al vs. Bruce L. Farlow
Case Number: 8:18-bk-06677-MGW
Witness(s): Bruce L. Farlow
Attendance Date: 03/22/2019, 10:00 a.m.

Category: Deposition

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 3 | Reporter Deposition Appearance - 10:00-1:00 p.m. Estimated Pages: 120 | 75.00 | 225.00 |

Invoice Total: 225.00

Thank you for your business!

**CLICK HERE TO PAY VIA CREDIT CARD ONLINE**

Hold down Ctrl button and click link above or visit
http://www.imperialcourtreporting.com/pay-an-invoice.html

**3% transaction fee applies when paying via PayPal or credit card**

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 270198369

PLEASE NOTE: Past-due invoices are subject to 1.5% interest fees or $20.00 per month, whichever is greater as applicable by law, plus Collections fees.
**Payment is not contingent on client reimbursement.**

OK to Pay

7.0047-112737

Exhibit 3

4/18/2019                          RepAgencyWorks Court Reporting Sof





Imperial Court Reporting
435 12th Street West
Bradenton, FL 34205
941-260-9000

APR 2019
BY: 90933

# INVOICE

Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.  
ATTN: W. Andrew Clayton, Jr., Esq.  
2033 Main Street, Suite 600  
Sarasota, FL 34237

Invoice Number:  203089  
Invoice Date:    04/18/2019

In Re:  John D. Gentis, et. al vs. Bruce L. Farlow  
        Case Number: 8:18-bk-06677-MGW  
        Witness(s): Bruce L. Farlow  
        Attendance Date: 03/22/2019, 10:00 a.m.

Category: Deposition

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 117 | Original Deposition E-Transcript | 4.25 | 497.25 |
| 348 | Exhibits/Production Scanned/Zipped/Linked | 0.25 | 87.00 |
|  | Invoice Total: |  | 584.25 |

Thank you for your business!

**CLICK HERE TO PAY VIA CREDIT CARD ONLINE**  
Hold down Ctrl button and click link above or visit  
http://www.imperialcourtreporting.com/pay-an-invoice.html

3% transaction fee applies when paying via PayPal or credit card

INVOICE DUE WITHIN 30 DAYS.  
Tax ID: 270198369

PLEASE NOTE: Past-due invoices are subject to 1.5% interest fees or $20.00 per month, whichever is greater as applicable by law, plus Collections fees.  
**Payment is not contingent on client reimbursement.**

OK to pay

70047 - 11737

https://devel.repagencyworks.com/v4/index.php                                    1/1

Exhibit 4

**HERE COMES THE JUDGE**
Legal Process Services
3293 Fruitville Rd., Suite 106
Sarasota, FL 34237-6453
Phone: (941) 954-0169
Fax: (941) 954-1349
Tax I.D. 65-0653965

**INVOICE**



Let the "Judge" be your connection
for all your Process Serving needs!!

Invoice #HCJ-2019003975
5/13/2019

W. Andrew Clayton, Jr., Esq.
Icard, Merrill et al.
2033 Main Street
Suite 600
Sarasota, FL 34237

Your Contact: Michael Bragg
Case Number: Middle 8:18-AP-00575-MGW

Plaintiff:
**John D. Gentis, Shalimar MHP, LLC, et al.**

Defendant:
**Bruce L. Farlow**

Received: 5/8/2019   Served: 5/10/2019 3:05 pm   CORPORATE
To be served on: Bank Of America By Serving CT Corporation Systems

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Plantation) | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |
| BALANCE DUE: | | | $55.00 |

OK to Pay

Gentis v. Farlow
70047-11273


PAID
JUN 04 2019
BY: 91183

IT HAS BEEN A PLEASURE SERVING YOU!!

WE HAVE ESTABLISHED A NEW EMAIL ADDRESS TO SEND WORK TO. PLEASE EMAIL ALL WORK TO
SERVEPAPERS@HCTJUDGE.COM. THANK YOU!

!!ATTENTION VALUED CLIENT!!

IN AN EFFORT TO BETTER SERVE YOUR PROCESS SERVING NEEDS YOU CAN NOW VIEW THE STATUS OF ALL OF YOUR
PAPERS BY LOGGING ONTO OUR WEBSITE WWW.HCTJUDGE.COM. PLEASE CONTACT OUR OFFICE TO RECEIVE YOUR
CLIENT LOGIN INFORMATION.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Exhibit 5