ORDERED.

Dated:  August 09, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:18-bk-06677-MGW |
| | Chapter 7 |
| Bruce Farlow, | |
|     Debtor. | |
| _____/ | |
| | |
| John D. Gentis, Shalimar MHP, LLC, a Florida Limited Liability Company, and GFB Partners, LLLP, a Florida Limited Liability Partnership, | Adv. No. 8:18-ap-00575-MGW |
|     Plaintiffs, | |
| v. | |
| Bruce Farlow, | |
|     Defendant. | |
| _____/ | |

## **FINAL JUDGMENT OF NONDISCHARGEABILITY**

THIS PROCEEDING came on for trial on July 23, 2019, at 9:30 a.m., on Plaintiffs John D. Gentis, Shalimar MHP, LLC, and GFB Partners, LLLP's

Complaint to Determine Nondischargeability of Debts.[1] In their complaint, the Plaintiffs alleged Defendant, Bruce Farlow, made unauthorized withdrawals from Shalimar MHP and GFB Partners and used a company card to pay his personal expenses without authorization.

The Plaintiffs filed their complaint seeking a determination that the amounts Farlow owes them are nondischargeable under Bankruptcy Code §§ 523(a)(2)(A) (Count I), 523(a)(4) (Count II), and 523(a)(6) (Count III). At trial, Plaintiff John Gentis withdrew his individual claims, leaving Shalimar MHP's and GFB Partners' claims remaining for trial. For the reasons stated orally and announced in open court at the conclusion of trial, the Court concludes that Shalimar MHP's and GFB Partners' claims are nondischargeable under Bankruptcy Code § 523(a)(4).

Accordingly, it is

**ORDERED**:

1. Plaintiff John Gentis shall recover nothing on his claims.

2. Plaintiff Shalimar MHP, LLC shall recover from Defendant, Bruce Farlow, the principal sum of $8,544.49, plus prejudgment interest in the amount of $1,981.07 and costs in the amount of $1,254.25, for a total of $11,779.81, for which let execution issue forthwith.

---

[1] Doc. No. 1.

3.    Plaintiff GFB Partners shall recover from Defendant, Bruce Farlow, the principal sum of $103,570.37, plus prejudgment interest in the amount of $22,721.41, for a total of $126,291.78, for which let execution issue forthwith.

4.    This final judgment shall accrue postjudgment interest under 28 U.S.C. § 1961.

5.    The amounts owed under this final judgment are not dischargeable in this bankruptcy case.

---

The Clerk is directed to serve a copy of this final judgment on interested parties who are non-CM/ECF users.